UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD BISHOP, <br><br>                              Plaintiff, <br><br> -against- <br><br><br> INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL 52, AMAZON MGM STUDIOS, LLC,  CBS STUDIOS, INC., MARVEL STUDIOS LLC, UNIVERSAL TELEVISION, LLC, NETFLIX PRODUCTIONS, LLC, SONY PICTURES TELEVISION, LLC, APPLE STUDIOS, INC., HBO STUDIOS, INC., <br>                              Defendants. | Civil Action No: 24-cv-6148 (ENV)(LKE) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Ronald Bishop, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants: INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL 52, AMAZON MGM STUDIOS, LLC,  CBS STUDIOS, INC., MARVEL STUDIOS LLC, UNIVERSAL TELEVISION, LLC, NETFLIX PRODUCTIONS, LLC, SONY PICTURES TELEVISION, LLC, APPLE STUDIOS, INC., HBO STUDIOS, INC

Dated:  New York, New York
           May 5, 2025

Respectfully submitted,

CHARLES LAW, P.C.

/s/ Fred V. Charles
244 5th Ave., Suite 2717
New York, New York 1000
Telephone: (646) 494–2662
Fcharles@charleslawpc.com

To: All Counsel of Record (via ECF)

Application Granted
SO ORDERED
Brooklyn, New York
Dated:  5/6/2025

/s/ Eric N. Vitaliano
Eric N. Vitaliano
United States District Judge

*The Clerk of Court is directed to close this case.*